THE STATE OF OHIO, APPELLANT, *v.* FULLER, APPELLEE.

[Cite as *State v. Fuller*, 121 Ohio St.3d 137, 2009-Ohio-722.]

138

(No. 2008–2125—Submitted February 3, 2009—Decided February 24, 2009.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Morgan v. Eads,* 104 Ohio St.3d 142, 2004-Ohio-6110, 818 N.E.2d 1157.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Philip R. Cummings, Assistant Prosecuting Attorney, for appellant.